A. HENRY ACKERMANN, Appellant, v. HEMSLEY & COMPANY, LTD., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Davis, Page and Shearn, JJ.